UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JOSE ROSADO  
    GUADALUPE M ROSADO  
    Debtor(s)

Case No. 11-22384

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/26/2011.

2) The plan was confirmed on 11/18/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/26/2014.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $67,960.00.

10) Amount of unsecured claims discharged without payment: $81,890.14.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $31,990.00 |
| Less amount refunded to debtor | $600.00 |

**NET RECEIPTS:** $31,390.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,499.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,240.78 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,739.78

Attorney fees paid and disclosed by debtor:   $1,001.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE CONDELL | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| AR RESOURCES | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| ASHA GANDHI MD | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES FOR FAMILY DENTISTR | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,936.00 | 3,027.57 | 3,027.57 | 490.35 | 0.00 |
| BIEHL & BIEHL | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 12,514.22 | 12,514.22 | 12,514.22 | 12,514.22 | 501.05 |
| CAPITAL ONE BANK USA | Unsecured | 872.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 1,060.00 | 1,170.58 | 1,170.58 | 189.59 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 15,960.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SURGICAL FOUNDATION | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 652.00 | 714.85 | 714.85 | 115.78 | 0.00 |
| COMPLETE ORTHOPAEDIC CARE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Unsecured | 5,357.00 | 5,245.34 | 5,245.34 | 849.55 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 2,549.00 | 2,750.19 | 2,750.19 | 445.43 | 0.00 |
| DR TROY HAINES | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| GEETHA M REDDY | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HARRIS & HARRIS LTD | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,032.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT INSTITUTE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE PATHOLOGISTS | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| MAHESH K AGARWAL MD | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| MOBILE ANESTHESIOLOGISTS | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| NADER GILL DMD MS | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTION | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL III LLC | Unsecured | 466.00 | 561.46 | 561.46 | 90.94 | 0.00 |
| OAK HARBOR CAPITAL III LLC | Unsecured | 791.00 | 903.58 | 903.58 | 146.35 | 0.00 |
| OB GYNE ASSOC OF LAKE COUNTY | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 31,398.00 | 33,334.09 | 33,334.09 | 5,398.87 | 0.00 |
| PENN CREDIT CORP | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,210.00 | 1,210.11 | 1,210.11 | 195.99 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,434.00 | 2,313.33 | 2,313.33 | 374.67 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 5,638.00 | 5,949.83 | 5,949.83 | 963.65 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 725.00 | 717.00 | 717.00 | 116.13 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,252.00 | 1,183.64 | 1,183.64 | 191.71 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,522.00 | 1,502.00 | 1,502.00 | 243.27 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 1,743.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| THD CBSD | Unsecured | 1,522.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOC | Secured | 4,539.57 | 4,539.57 | 4,539.57 | 4,539.57 | 0.00 |
| US BANK NATIONAL ASSOC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP LLC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 1,743.00 | 1,747.95 | 1,747.95 | 283.10 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $4,539.57 | $4,539.57 | $0.00 |
|    Debt Secured by Vehicle | $12,514.22 | $12,514.22 | $501.05 |
|    All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,053.79** | **$17,053.79** | **$501.05** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$62,331.52** | **$10,095.38** | **$0.00** |

| **Disbursements:** | |
|---|---|
|    Expenses of Administration | $3,739.78 |
|    Disbursements to Creditors | $27,650.22 |
| **TOTAL DISBURSEMENTS:** | **$31,390.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/05/2014            By: /s/ Glenn Stearns
                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**